## Commonwealth *v.* Smith, Appellant.

Submitted November 13, 1972. *Sallie Ann Radick* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition, including the issue of ineffective representation by counsel.

WRIGHT, P. J., dissents.